

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2020

No. 04-19-00810-CR

Aaron Michael **ROGERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16381
Honorable N. Keith Williams, Judge Presiding

### ORDER

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on January 29, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2020.

_____
Michael A. Cruz, Clerk of Court